SNOW'S LAUNDRY *v.* CITY OF DUBLIN *et al.*

PER CURIAM. 1. This was a suit to enjoin criminal prosecutions under a city ordinance. The case as made by the petition falls within the general rule that injunctions will not issue to restrain criminal prosecutions. *City of Douglas* v. *South Georgia Grocery Co.*, 178 *Ga.* 657 (174 S. E. 127); *Lacy* v. *Blue Ridge*, 180 *Ga.* 678 (180 S. E. 607); *Corley* v. *Atlanta*, 181 *Ga.* 381 (182 S. E. 177).

2. The ruling stated above is not altered by the fact that a forfeiture of license will result from a conviction, the provision as to forfeiture being penal in character. If the ordinance is void as alleged, both the conviction and the forfeiture may be avoided as well by a defense to the prosecution as by a suit for injunction. *Salter* v. *Columbus*, 125 *Ga.* 96 (54 S. E. 74).

3. Regardless of constitutional questions, the court did not err in sustaining the demurrer and in dismissing the petition.

*Judgment affirmed. All the Justices concur, except Russell, Chief Justice, who dissents.*

No. 10951. APRIL 15, 1936.

318

*Stanley Reese* and *Martin, Martin & Snow,* for plaintiff.
*C. C. Crockett* and *W. W. Larsen Jr.,* for defendants.